IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **WILLIAM FOX**, individually and on behalf of all others similarly situated,<br><br>      **Plaintiff**<br><br>      v.<br><br>**FIRST DATA MERCHANT SERVICES, LLC**<br><br>      **Defendant** | Case No.: 17-cv-80949 DMM/DLB<br><br>**JURY TRIAL DEMANDED**<br><br>Assigned to: Donald M. Middlebrooks |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

COMES NOW, Plaintiff William Fox ("Plaintiffs"), individually and on behalf of all others similarly situated, and, by and through undersigned counsel, respectfully request that the Court enter an order, pursuant to Federal Rule of Civil Procedure 23, certifying the below-described Classes in this case against First Data Merchant Services LLC ("First Data" or "Defendant"). The proposed Rule 23(b)(3) classes are defined as follows:

    Class:

    All persons and entities in the United States who paid First Data (a) a lease fee for credit card processing equipment and/or (b) the purported insurance fee.

    Sub-Class:

    All persons and entities in Texas who paid First Data (a) a lease fee for credit card processing equipment and/or (b) the purported insurance fee.

Excluded from the Classes are: (a) Defendant and any entities in which Defendant have a controlling interest; (b) Any entities in which Defendant's officers, directors, or employees are employed and any of the legal representatives, heirs, successors, or assigns of Defendant; (c) The Judge(s) to whom this case or any transferred case is assigned and any member of the

Judges' immediate family and any other judicial officer assigned to this case; (d) Persons or entities with claims for personal injury, wrongful death, and/or emotional distress; (e) All persons or entities that properly execute and timely file a request for exclusion from the Class; (f) Any attorneys representing the Plaintiff or the Class; and (g) All governmental entities.

For the reasons set forth in Plaintiff's accompanying Memorandum of Law in support of Plaintiff's Motion for Class Certification filed contemporaneously herewith.

Plaintiff further requests that this Court appoint Plaintiff as a Class Representative. Finally, Plaintiff requests that this Court appoint John Yanchunis of Morgan & Morgan, Complex Group and Tiffany Yiatras of Consumer Protection Legal, LLC as Co-Lead Class Counsel.

In support of this motion, Plaintiff incorporates by reference Plaintiff's Memorandum of Law in Support, Declaration of John Yanchunis in Support, their exhibits, and the record in this matter, which demonstrate that the proposed classes meets the requirements of Rule 23.

WHEREFORE, Plaintiff prays this Court certify the Class requested herein or such other Class as may be certifiable, and award such other and further relief as this Court deems just and proper under the circumstances.

Dated: November 30, 2017      Respectfully Submitted,

By:    /s/    John A. Yanchunis
John A. Yanchunis (FL Bar No. 324681)
Patrick Barthle
**MORGAN & MORGAN** 201 N. Franklin St.
7th Floor Tampa, FL 33602-5157 Phone: (813) 275-5272 Fax: (813) 275-9295
Email: jyanchunis@forthepeople.com
         pbarthle@forthepeople.com

Tiffany M. Yiatras (admitted *Pro Hac Vice*)
**CONSUMER PROTECTION LEGAL, LLC**
308 Hutchinson Road
Ellisville, Missouri 63011-2029
Tele: 314-541-0317
Fax: 1 (855) 710-7706

Email: tiffany@consumerprotectionlegal.com

**ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASSES**