# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-80949-Middlebrooks/Brannon

WILLIAM FOX, individually and
on behalf of all others similarly situated,

   Plaintiff,

v.

FIRST DATA MERCHANT SERVICES, LLC,

   Defendant.
_____/

## DECLARATION OF SHELDON A. PHILP IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Sheldon A. Philp, declare under 28 U.S.C. § 1746:

1. I am an attorney admitted to practice before this Court and counsel with White & Case LLP, attorneys for Defendant First Data Merchant Services, LLC. I respectfully submit this declaration in support of Defendant's Memorandum in Opposition to Plaintiff's Motion for Class Certification ("Opposition").

2. The following documents are cited in Defendant's accompanying Opposition. A true and correct copy of each document is attached to the Opposition.

| EXHIBIT | DESCRIPTION |
|---|---|
| 2-A | Transcript of 12/28/17 Deposition of Plaintiff William Fox |
| 2-B | Exhibit 1 to Deposition of William Fox (Securus Payments letter dated 1/8/2015) |
| 2-C | Exhibit 2 to Deposition of William Fox (Securus Payments Savings Estimate dated 1/8/2015) |
| 2-D | Exhibit 3 to Deposition of William Fox (Securus Payments Contract Document dated 1/8/2015) |
| 2-E | Exhibit 4 to Deposition of William Fox (Merchant Processing Application and Agreement dated 1/8/2015) |

AMERICAS 94067089

| | |
|---|---|
| 2-F | Exhibit 5 to Deposition of William Fox (Merchants Services Program Terms and Conditions (Program Guide)) |
| 2-G | Exhibit 6 to Deposition of William Fox (Confirmation Page dated 1/8/2015) |
| 2-H | Exhibit 7 to Deposition of William Fox (Securus Payments Special Price Request form dated 1/8/2015) |
| 2-I | Exhibit 8 to Deposition of William Fox (Delivery and Acknowledgement Form dated 1/8/2015) |
| 2-J | Exhibit 9 to Deposition of William Fox (Securus Merchant Acknowledgment Agreement dated 1/8/2015) |
| 2-K | Exhibit 10 to Deposition of William Fox ("Welcome to the Securus Family" information document) |
| 2-L | Exhibit 13 to Deposition of William Fox (First Data Welcome Letter) |
| 3-A | Equipment Lease Agreement [E39FD03333], produced by Plaintiff in Rule 26(a)(1) Initial Disclosures |
| 3-B | Equipment Lease Agreement [42FD0333 – GenALeaseAgr1207(ia)], produced by Plaintiff in Rule 26(a)(1) Initial Disclosures |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I understand it is made for use as evidence in court.

Executed on: January 16, 2018

_____
Sheldon A. Philp