# EXHIBIT D

# ISO Training
# First Data Global Leasing (FDGL)
# Overview

Feb 2017



CONFIDENTIAL

# Agenda



- Leasing Program Details

- Application, Deployment & Funding Process

- Reporting Tools

- Buybacks

- Key Contacts

- Frequently Asked Questions

- Important Links

- Glossary of Terms

2

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

# First Data Global Leasing...
## Who are we and what do we offer?

- …is a division of First Data Merchant Services that specializes in providing innovate, cost-effective solutions for leasing of POS equipment since 1999

- …holds itself and its business partners to the highest ethical standards, both internally and externally

- …has funded in excess of 1.4 million leases

- …offers the strength and scale of First Data's industry leading payment enterprise



3

**First Data.**

© 2015 First Data Corporation. All Rights Reserved.

CONFIDENTIAL

FD1C-0127265

# First Data Global Leasing…
## Who are we and what do we offer?

- …strives to create leasing programs designed to attract & retain clients

- …aims to help you drive revenues and create retention opportunities through our competitive programs

- …provides you with online tools to help you better manage your business and help prevent client attrition



4

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127266

# First Data Global Leasing
## What Markets Do We Serve?

- US

- UK

- Canada

- Ireland

- Puerto Rico

- South Africa

- Cyprus

- Mexico



5

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

# First Data Global Leasing

## Why partner with us?

- Our unique streamlined process allows your clients to sign for processing services and leasing using one form

- Our exclusive product & service offerings help attract & retain clients of every size while providing the highest levels of service

- Synergized reporting throughout First Data's business groups allows for immediate processing and confirmation of terminal deployment through TASQWeb



6

© 2015 First Data Corporation. All Rights Reserved.

**First Data**®

CONFIDENTIAL

FD1C-0127268

# First Data Global Leasing

We have the easiest submission process in the industry!

- Automatic upload and commencement of applications from First Data Merchant Services boarding tools

- Independently generate credit approvals remotely using our mobile-friendly portal, Lease Management System (LMS)

- Decrease errors by submitting leases using an automated XML feed

- We also accept faxed and scanned submissions



7

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127269

# First Data Global Leasing
## Customer First Mission

• We are committed to offering the highest quality,
• most innovative POS financing solutions in the
• industry, all designed to attract and retain merchants

• Our goal is to deliver merchant-friendly,
• flexible programs that meet both the day-to-day
• needs and the long term goals of our partners,
• including:

• Dedicated relationship management support to ensure
•      knowledgeable and personalized service, support, a
•
• Online reporting provides immediate access to your
•      client portfolio details and real-time status for lease s

• Flexible lease programs and products to support
• your business needs



8

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127270

# Agenda

- First Data Global Leasing Overview



- Leasing Program Details

- Application, Deployment & Funding Process

- Reporting Tools

- Buybacks

- Key Contacts

- Frequently Asked Questions

- Important Links

- Glossary of Terms

9

© 2015 First Data Corporation. All Rights Reserved.

**First Data**

CONFIDENTIAL

FD1C-0127271

# Program Overview

- Leases commenced before cutoff eligible for same-day funding

- Track and manage your portfolio online

- Flexible lease programs including the ability to

- Upgrade

- Assign/transfer leases

- Accommodate large deals (multiple locations/assets)

- Choose between a variety of lease terms

- Fill out e-paperwork, decreasing errors and increasing satisfaction and data accuracy

10

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127272

# Leasing Program Highlights
## Makes growing your business easier than ever!

- Automated XML feed to First Data Global Leasing's systems for automatic lease submission

- Online reporting to help you manage your client portfolio

- Top-notch SLAs make partnering with First Data hassle-free

- Flexible leases give you clients options to choose from

- Self-scoring tool provides fast turnaround of facility scores

- Fast funding – Get funds in as soon as the next business day!

11

© 2015 First Data Corporation. All Rights Reserved.

**First Data**

CONFIDENTIAL

FD1C-0127273

# Value Proposition



© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127274

# Benefits of Leasing - Merchant

- What are the benefits to signing an equipment lease agreement from the merchant's perspective?

**Conserving Capital** - the most attractive benefit of leasing is often the cash flow advantages it can provide through lower monthly cost.

**No Technology Obsolescence** - merchant will not be locked into obsolete equipment.

**Tax Benefits** - leased equipment may be considered a business expense and can be taken as a tax deduction.

**Fixed, low monthly payment** - predictable cash flows assist with budget process – payment is fixed for the term of the lease.

13

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127275

# Merchant Value Proposition

|  | **Lease** | **Purchase** | **Rental** |
|---|---|---|---|
| **Cash Flow Considerations** | Affordable low fixed monthly cost. | Large upfront Capital | Rental payments tend to be more expensive |
| **Legal Title** | Option to own at anytime | Capital Expense to obtain new technology | No option to own unless you wish to purchase. |
| **Tax Considerations** | Income tax: Lease payments are deductible. | Deduction less than if leasing | Income Tax: Rental payments are deductible. |
| **Financial Statements** | Current payments – could help build credit history | Does not factor into strengthening credit history. | Does not factor into strengthening credit history. |

© 2015 First Data Corporation. All Rights Reserved.

**First Data**

CONFIDENTIAL

FD1C-0127276

- First Data Global Leasing Overview

- Leasing Program Details


- Application, Deployment & Funding Process

- Reporting Tools

- Buybacks

- Key Contacts

- Frequently Asked Questions

- Important Links

- Glossary of Terms

15

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

# Application, Deployment & Funding Process
## Pre-Scoring & Submission – Self-Scoring

• With our one-of-a-kind Lease Management System (LMS), you can…

• …receive a facility score within 15 minutes by entering your own deals requiring minimal keying

• …maximize data accuracy and integrity

• …make informed offers to your clients based on risk profile

• *All pre-scores that are not turned into applications fall off the pipeline after 90 days



Screenshot of LMS Self-Scoring Form

16

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127278

# Application, Deployment & Funding Process
## Pre-Scoring & Submission – Manual Scoring

• We also accept manual applications with a simplified paperwork process

• Client obtains completed lease document from merchant

• E-mail the completed document to
FDGLISOCAScoring@firstdata.com or a dedicated
fax server (402) 916-8644 for the lease to be scored

• Scoring and document quality control processes are initiated

• Lease score will be communicated to you by
First Data Global Leasing, along with any quality
control issues, via an electronic report

• Complete the delivery and acknowledgement form with driver's
license or passport and legible signature and send it back to
First Data Global Leasing at FDGLISOCACommence@firstdata.com

• *



17

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127279

# Application, Deployment & Funding Process

## Contract Submission – XML Feed

- Feed lease submission data from your Customer Relationship Management (CRM) software directly into our SSH Server for automatic input into First Data's Lease Management System (LMS)

- Used for communication of



- New Leases

- Upgrades

- Deployment Files

- Feed lease submission data from your Customer Relationship Management (CRM) software directly into our SSH Server for automatic input into First Data's Lease Management System (LMS)

18

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127280

# Application, Deployment & Funding Process
## Contract Submission – MAE+ / One Stop

- Provides a streamlined boarding process for new processing merchants who choose to lease their POS devices

- Lease submission data about these new processing/leasing clients is fed directly into First Data's Lease Management System boarding tool

- Decreases turnaround times on lease submission processing

- Increases accuracy and consistency of data throughout First Data's systems

- IMPORTANT A merchant's credit is only pulled once

19

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127281

# Application, Deployment & Funding Process

## Contract Submission – Sample Applications & Agreements



All highlighted fields must be filled out

**First Data.**

© 2015 First Data Corporation. All Rights Reserved.

CONFIDENTIAL

FD1C-0127282

# Application, Deployment & Funding Process

## Contract Submission – Sample Applications & Agreements

**EQUIPMENT LEASE AGREEMENT**

First Data. First Data Global Leasing
4000 Coral Ridge Drive
Coral Springs, FL 33065
1-(877) 257-2094

Merchant ID
Sales Rep. Name   Sales ID

**MERCHANT INFORMATION**

Corporate Business Name | DBA Name

Business Address | City | County | State | Zip Code | Business Phone Number

Type of Business | Years in Business | Tax ID#;

Billing Address (if different than above) | City | State | Zip Code

Bank Name | Routing Number | Account Number | (Provide copy of Void Check)

*Business Type*
CORPORATION
PARTNERSHIP
PROPRIETORSHIP
NON-PROFIT
LLC

**EQUIPMENT SUPPLIER**
First Data Merchant Services LLC
1169 Canton Rd.
Marietta, GA 30066

**DESCRIPTION OF LEASED EQUIPMENT**
Equipment/Type | Quantity | Unit price without tax

✓ Equipment Service Program

Payable at Lease Signing (amounts include tax)
Advance Payments $
Security Deposit $
TOTAL $

*All charges subject to applicable tax
Annual Tax Handling Fee:
AL, AR, CA, CT, GA, IN, KY, LA, MS, MO, NE, NV, NM, NC, OK, OR, RI, SC, TN, TX, VT, VA, WA, WV, WI, WY $__30.20__
All other states, $__30.20__

**SCHEDULE OF PAYMENTS**
Lease Term: ___ mos.
Total Monthly Lease Charge: $
(w/o taxes, late fees, or other charges that may apply)
Total Cost To Lease: $ (without tax)
Option to Purchase: If you wish to buyout the equipment, please contact 1-877-257-2094 to obtain the cost.

**LEASE ACCEPTANCE**
Undersigned agrees to all terms and conditions contained in this Equipment Lease Agreement. Lessee authorizes First Data Merchant Services LLC or its agents, to request and obtain from a consumer reporting agency personal and business consumer reports. If the Application is approved, each of the undersigned authorizes us to obtain subsequent consumer reports in connection with the maintenance, updating, renewal or extension of the Agreement. Each of the undersigned furthermore agrees that all references, including banks and consumer reporting agencies, may release any and all personal and business credit financial information to us.
**THIS IS A NON-CANCELABLE LEASE FOR THE FULL TERM INDICATED HEREIN.**

X
Lessee Signature | Title | Print Name | Date

**PERSONAL GUARANTY**
Undersigned unconditionally guarantees performance of this Equipment Lease Agreement by Lessee and payment of all sums due hereunder in the event of default, hereby waiving any modification, amendment of extension and notice thereof, and further agrees to the terms of this Equipment Lease Agreement insofar as they apply to the undersigned as guarantor.

X
Personal Guarantor's Signature (No Title Allowed) | An Individual | Print Name | Home Phone Number | Date
Home Address | City | State | Zip Code | DOB | Social Security #

---

**SCHEDULE OF PAYMENTS**

Lease Term: ___ mos.

Total Monthly Lease Charge: $
(w/o taxes, late fees, or other charges that may apply)

Total Cost To Lease: $ (without tax)

"Lease Term", "Monthly Lease Charge" and "Unit Price w/o Tax" sections are required to be filled out

Merchant must sign and date the document on both pages

A Personal Guarantee is not necessary for Corporations in business longer than 2 years, a Not-For-Profit organization or Government agency

21

© 2015 First Data Corporation. All Rights Reserved.

First Data.

CONFIDENTIAL

FD1C-0127283

# Application, Deployment & Funding Process

## Commencement – Delivery & Acknowledgement (D&A)



- Client is required to fill out the D&A form to ensure delivery of equipment and acknowledgment of terms and conditions of the Equipment Lease Agreement

- Upon completion of form by the client, the form with driver's license or passport and legible signature should be sent to FDGL Operations

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127284

# Application, Deployment & Funding Process
## Commencement – Verbal Audits

- From time to time, First Data Global Leasing will conduct a verbal audit to ensure clients…

- …acknowledge receipt of POS assets

- …understand general lease agreement terms & conditions

- Verbal audits are required on all large leases



23

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127285

# Application, Deployment & Funding Process
## Welcome Packet

- When First Data Global Leasing commences a lease, your client gets a welcome packet that includes:

- Welcome Letter

- Lease Number

- Merchant Number

- Lease Term

- Monthly Payment

- Payment date (Billing Cycle Date)

- ACH (Banking information)

- Equipment Description

- End of Lease Options

- Insurance

**First Data.**

RE:Lease Number      CONTRACT.NO
Merchant Number      CUST.ID

UATB.TODAY

CR.ATTG.NAME
CUST.NAME
AR.ADDRESS1 AR.ADDRESS2
AR.ADDRESS3
AR.CITY, AR.STATE AR.ZIP

Dear CR.ATTG.NAME:

We are pleased to welcome you as a First Data Global Leasing (FDGL) customer. Your equipment on the lease referenced above have has been UATB.WL.BRANCH.TYPE from UATB.ALLIANCE.DESC to FDGL, a business unit of First Data Merchant Services. Your lease payments will automatically transfer from your checking account #UATB.TAPE.ACCOUNT.NUM on day INV.DUE.DAY of each month, and FDGL will be indicated on your checking account statement. If at any time you change your checking account details or have questions regarding your lease, please contact FDGL Customer Service Department at (877) 257 - 2094. The Terms and Conditions of your lease agreement are enclosed with this letter. They can also be found in the equipment lease agreement section of the Program Guide provided to you by UATB.ALLIANCE.DESC. The pertinent information regarding your lease agreement is contained below:

| | |
|---|---|
| Lease Term: | CONTRACT.TERM months |
| Monthly Payment: | $0.00 (plus applicable taxes) |
| Interim Rent Payment: | $0.00 |
| Payment date | Day INV.DUE.DAY of each month |
| First payment date | FIRST.PYMT.DATE |
| Method of Payment | ACH (Automated Clearing House) |
| Primary Leased Equipment | EQUIP.DESC |
| Merchant Channel | UATB.ALLIANCE.DESC |
| UATB.WELCOME.LETTER.ISO.NOTE | |

**End of Lease Options.** At the end of the lease term, you have the option to purchase or return the equipment. If you do not choose one of those options, your lease term will be extended at the same monthly rental charge. Please refer to Section 7 of your lease agreement for further details.

**Insurance. Per the terms of your lease agreement you are required to insure the equipment covered by the lease.**

FDGL offers coverage for you starting as low as UATB.WELCOME.LETTER.INS.CHRG a month, fixed for the term of your lease. Simply sign the attached verification form and return it to us by mail to First Data Global Leasing, 4000 Coral Ridge Drive, Coral Springs, FL 33065, via fax at 402-916-6860, or via email to FDGL.Insurance@firstdata.com.

Sincerely

Customer Service
First Data Global Leasing

24

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127286

# Application, Deployment & Funding Process

## Equipment Protection Program – Overview

- Section 5 of the Equipment Lease Agreement details the merchant's responsibility to insure the terminal:

- (g) You shall keep the Equipment adequately insured against loss by fire, theft and all other hazards.

- (h) You shall provide proof of insurance.  The loss, destruction, theft or damage of or to the Equipment shall not relieve you from your obligation to pay the full purchase price or total monthly lease charges hereunder.


- Why is insurance required?

- It protects the merchant and First Data in the event of a loss

25

© 2015 First Data Corporation. All Rights Reserved.

**First Data**®

CONFIDENTIAL

FD1C-0127287

# Application, Deployment & Funding Process
## Equipment Protection Program – Choice of Options

- To comply with the insurance requirement on the lease, merchants currently have the following options:

- Provide Proof of Insurance.  This can typically be accomplished by a simple call to their insurance company.  The insurer will provide a Certificate of Property Insurance, also known as an "Acord Form", which is a standard proof of insurance form.   First Data Global Leasing should be listed as a loss payee or additional insured for the equipment.

- Elect to participate in First Data's Equipment Protection Program.  The merchant will be charged monthly along with their lease payment, the insurance requirement is fulfilled, and they are covered in the event of a loss or damage to the equipment.

- IMPORTANT : Coverage is not available for Clover under First Data's Equipment Protection Program

- 

© 2015 First Data Corporation. All Rights Reserved.

**First Data**

CONFIDENTIAL

FD1C-0127288

# Application, Deployment & Funding Process
## Equipment Protection Program – What Does It Cover?

- The FDGL Equipment Protection Program provides greater coverage than normally found in a standard business insurance policy.

- Coverage for many types of loss, including:

| | | | |
|---|---|---|---|
| • Burglary | • Lightning | • Vandalism | • Tornado |
| • Theft | • Power Surge | • Employee Theft | • Flood |
| • Robbery | • Accidental | • Wind | • Water Damage |
| | • Damaged | • Hurricane | • Terrorism |

- Equipment is typically replaced within 24–48 hours, minimizing the merchant's down-time.  There is NO COST to the merchant for the equipment replacement, shipping or handling.

- There is NO deductible.

27

© 2015 First Data Corporation. All Rights Reserved.

**First Data**

CONFIDENTIAL

FD1C-0127289

# Application, Deployment & Funding Process
## Equipment Protection Program – Choice of Options

- To comply with the insurance requirement on the lease, merchants currently have the following options:

- Provide Proof of Insurance.  This can typically be accomplished by a simple call to their insurance company.  The insurer will provide a Certificate of Property Insurance, also known as an "Acord Form", which is a standard proof of insurance form.   First Data Global Leasing should be listed as a loss payee or additional insured for the equipment.

- Elect to participate in First Data's Equipment Protection Program.  The merchant will be charged monthly along with their lease payment, the insurance requirement is fulfilled, and they are covered in the event of a loss or damage to the equipment.

- IMPORTANT : Coverage is not available for Clover under First Data's Equipment Protection Program

-

© 2015 First Data Corporation. All Rights Reserved.

**First Data**®

CONFIDENTIAL

FD1C-0127290

# Application, Deployment & Funding Process

## Equipment Protection Program – Choice of Options

| | Standard Business Insurance policy | FDGL Equipment Protection |
|---|---|---|
| Deductible | Varies, but typically ranges from $250 to over $1000 | No deductible |
| Cost | Varies; merchant will pay a yearly premium for property insurance coverage, and may have to pay additional premiums for optional/extra coverage | Most merchants are typically covered for as low as $4.95 a month, plus tax.* |
| Covered losses | Most policies generally include: Fire, lightning, hail, windstorm, most explosions, riot or other civil commotion, damage caused by vehicles or aircraft, vandalism, automatic sprinkler leakage, sinkhole collapse, building collapse, volcanic action, smoke from accidental fire, and certain types of damage from water or other liquids. Additional coverage for other types of losses can typically be added on for an additional cost | Fire, lightning, hail, windstorm, explosions, riot or other civil commotion, damage caused by vehicles or aircraft, vandalism, sinkhole, collapse, building collapse, volcanic action, smoke, burglary, power surge, flood, damage caused by water or other liquids, accidental damage, employee theft, robbery, falling objects, hurricane, tornado, theft, transit, terrorism, loss |
| In the event of a loss… | Insurance company will pay FDGL the gross equipment cost for the equipment involved in the loss. Upon receipt, FDGL will provide the merchant with replacement equipment. The merchant remains responsible for the lease payments while the insurance settlement is in process. | Equipment replaced within 24-48 hours of notification to FDGL Insurance team |
| Limitations | Premium may increase after multiple claims | There are no limits on the number of times equipment can be replaced, as long as the loss is a covered event. The monthly payment will never increase as a result of an insurance claim. |
| Deductible | Varies, but typically ranges from $250 to over $1000. | No deductible |

\* Cost of FDGL Equipment Protection Program depends on the equipment on the

29

**First Data.**

© 2015 First Data Corporation. All Rights Reserved.

CONFIDENTIAL

FD1C-0127291

# Application, Deployment & Funding Process
## Equipment Protection Program – Merchant Communication

- FDGL communicates with merchants regarding the insurance requirement through mail and phone campaigns.

| Mail Solicitations | Frequency | Target |
|---|---|---|
| Welcome letter | Mailed within three days of commencement | All new lessees |
| 30/60/90-day Insurance letter | Mailed at 30/60/90 days from the commencement month | Lessees with no insurance status |
| Insurance letter – aged leases | Mailed at six months and one year from commencement month | Lessees with no insurance status |

| Phone Solicitation | Frequency | Target |
|---|---|---|
| Text-to-Speech message (dialer) | • Maximum of five TTS attempts over a 60-day period, beginning the month after the lease commences<br>• Maximum of five TTS attempts beginning 120 days after last contact | Lessees with no insurance status |

© 2015 First Data Corporation. All Rights Reserved.

**First Data**

CONFIDENTIAL

FD1C-0127292

# Application, Deployment & Funding Process

## Equipment Protection Program – Insurance vs. Warranty

- Warranty

- The warranty is offered and managed through the Alliance.  The warranty offered on leased terminals covers material defects in the equipment for the life of the lease.  It does not include loss or damage from accident, misuse, or any breach of the lease contract.  The warranty provides a like-for-like replacement of the terminal free of charge, except for shipping and handling costs.

- Insurance

- Insurance covers various forms and causes of loss, such as fire, lightening, theft, flood, hurricane, etc.  The merchant may have a Business Insurance Policy that covers the leased equipment, or they may elect to participate in First Data's insurance program.

31

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

# Application, Deployment & Funding Process
## Billing Cycles & Dates

- Billing cycles and important dates are referenced on the client's Welcome Letter and can also be found on urReporting.

- Billing cycles and dates will vary from merchant to merchant depending on when the client's lease commences.

- First Data Global Leasing changes the billing cycle for new leases periodically. This would not impact existing leasing merchants.

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127294

# Application, Deployment & Funding Process

## Terms & Conditions – Returning a Lease to First Data Global Leasing

- All equipment should be returned to First Data Global Leasing by UPS, USPS, or FedEx

- Return the equipment to First Data Global Leasing:

- TASQ

- 1169 Canton Rd

- Marietta GA 30066

33 • A copy of the tracking number should be e-mailed to FDGL@firstdata.com. Merchant ID# and/or Lease # should be referenced in the e-mail.

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

# Application, Deployment & Funding Process
## Terms & Conditions – End of Lease Options

- If nothing is done, lease converts to a month-to-month rental

- Purchase Equipment

- Full lease-end purchase options are detailed in the Equipment Lease Agreement

- Return the equipment to First Data Global Leasing



34

© 2015 First Data Corporation. All Rights Reserved.

First Data.

CONFIDENTIAL

FD1C-0127296

# Application, Deployment & Funding Process

## Large Leases

- A large lease is defined as exposure (cumulative funding) exceeding $25,000.

- Two years of audited/reviewed financial statements* (balance sheet, income statement and cash flow)

- Three months of previous bank statements

- On a payment basis this is approximately $750 per month for a 48 month lease or $950 for 36 months.

- The merchant may have the terminals at a single location or dispersed to many locations.

- *Current interim financial statements (P&L and BS) may be used on an exception basis determined by FDGL Credit

35

© 2015 First Data Corporation. All Rights Reserved.

**First Data**®

FD1C-0127297

# Application, Deployment & Funding Process

## Large Lease Requirements

- Develop and understanding of the merchant's business and answer the following:

- How long have they been with FD?

- What are their current MID's? What is their average processing volume?

- How long have they been in business?

- What type of business (Corp, Partnership, Sole Proprietorship or Nonprofit) ?

- Are they publically traded?

- Articles of Incorporation?

- How will the terminals be used?

- Do they have a short/long range plan?

- Are there references (e.g. bank partner)?

- Is there any news or reports that give insight into their business?

- Is there information about the CEO/Owner available?

- What are the trends in the industry they operate in?

- What are the Channel/ISO/Agent implications if the leases are declined?

- If they are declined is partial or full recourse an option?

36

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127298

# Application, Deployment & Funding Process
## D/E Credit Mix

- As outlined in Exhibit A of your Agent Origination Agreement (AOA), FDGL shall perform credit underwriting on all submitted lease agreements

- "Preferred" and "Tier A" shall be for merchants containing the highest credit quality*

- "Tier B" for merchants containing medium credit quality*

- "Tiers C" for merchants with average credit*

- "Tiers D & E" are for merchants with less desirable credit*

- FDGL will accept a maximum credit risk in "Tier D" of 10% and "Tier E" of 10% of the total leases originated monthly

- **Based upon FDMS' credit underwriting guidelines

37

© 2015 First Data Corporation. All Rights Reserved.

**First Data**

CONFIDENTIAL

FD1C-0127299

# Application, Deployment & Funding Process

## Lease Upgrades – Requirements & Things to Consider

• When upgrading a current client's lease…

- …a new stand-alone lease contract from the merchant is REQUIRED, with the word UPGRADE written at the top of the document

- …the new lease monthly payment SHOULD be a minimum of $5 higher than the current contract payment amount

- …the lease term SHOULD be the same or higher as the current lease contract

- …the merchant SHOULD have made at least 27 payments on a 36-month original lease or 36 payments on a 48-month original lease

- …you MUST include a voided business check or bank letter

- "…merchants WILL incur a $50 upgrade fee per upgrade



38

© 2015 First Data Corporation. All Rights Reserved.

First Data.

CONFIDENTIAL

FD1C-0127300

# Application, Deployment & Funding Process
## Lease Upgrades – Procedure

1.  As outlined in Exhibit A of your Agent Origination Agreement (AOA), FDGL shall perform credit underwriting on all submitted lease agreements

2.  ISO/Agent should reference old Lease # on new application

3.  Operations to validate that there is an existing lease

4.  If Operations unable to verify old lease, perform QC Reject to be displayed on the pipeline report in LMS

5.  Operations to process all upgrades

6.  Buyout from original lease to get netted out from funding on upgrade

39

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

# Lease Transfer & Assignment/Assumption

## Which Process to Follow and What Changes?

| Request Type | Lease Assignment | Lease Transfer |
|---|---|---|
| When should the merchant follow either process? | This occurs when merchant leases equipment from First Data Global Leasing and has located a new or existing business owner that has agreed to take over the remaining lease payments. | This occurs when merchant leased equipment from First Data Global Leasing is moving the equipment from one merchant location to another merchant location, within a Relationship. |
| **What's Changing:** | | |
| Merchant # | Yes | Yes |
| Ownership | Yes | No |

- **Important:** Lease Assignment/Transfer completed by FDGL only. The merchant should be referred to FDGL Customer Service at (877) 257-2094. All paperwork should be e-mailed to FDGL@firstdata.com.

**First Data**

© 2015 First Data Corporation. All Rights Reserved.

CONFIDENTIAL

FD1C-0127302

# Lease Transfer & Assignment

## Requirements for a Transfer & Assignment of a Lease

Assignment form must be completed by the existing and new owners

New owner must have an approved Merchant account

Original signer must remain on the lease as a secondary signer until the original lease term is fulfilled (Assignment only)

Voided check from the new signer/owner

Existing lease must be current and in good standing, with at least 1 payment made on the existing lease

There is a $150 fee to the original owner

FDGL reserves the right to decline any request for transfer/assignment

41

© 2015 First Data Corporation. All Rights Reserved.

**First Data**

CONFIDENTIAL

FD1C-0127303

- First Data Global Leasing Overview

- Leasing Program Details

- Application, Deployment & Funding Process



- Reporting Tools

- Buybacks

- Key Contacts

- Frequently Asked Questions

- Important Links

- Glossary of Terms

42

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127304

# urReporting

## Overview

urReporting is a one-of-a-kind, online, self-reporting tool that gives you a detailed view of your portfolio, including metrics, to help you manage your business. With urReporting, you can…

…view your Dashboard. Your Dashboard will provide information key to making portfolio review easy, such as pie charts for both credit mix and pipeline for the current and previous months and a bar chart displaying funding history.

...view and export your Pipeline. Your Pipeline data will allow you to get a detailed view of both your leasing and merchant cash advance deals and where they reside in the pipeline.  Several exporting options are available such as XML, CSV, Microsoft Excel, and PDF.

…view your Trend Report. Your Trend Report provides a 12 month rolling trend of the following metrics:

- # of Contracts Funded
- Amount Funded
- Average Payment
- Average Funding
- Buyback Count
- Buyback Amount
- 1+ Day Delinquency
- 30+ Day Delinquency
- Credit Mix Breakdown
- Write-Off Count
- Write-Off Amount

…view the most recent 12 month's commencements vs. buybacks to help identify trends to help focus on training strategies and mitigate losses.

43

© 2015 First Data Corporation. All Rights Reserved.

First Data.

CONFIDENTIAL

FD1C-0127305

# urReporting – Home Page

1 – Navigation Pane
2 – User Name / Account Settings
3 – Information/message window
4 – Overview summary of lease volume
5 – Credit mix and pipeline status



© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127306

## urReporting

### Key Reports

- Trend Report
- A review of the past 12 months business. Volume, credit mix, funding and buyback information can be found here.
- Pipeline Report
- Pipeline data on key program details. You will see an overview of the lease from initial boarding through commencement. Exporting the report will provide details on each lease application.
- Buyback vs. Volume
- A look at the past 12 months commencements vs. buybacks.  A breakout of the buyback reasons by month is included in the table.
- Detailed Funding Report
- Provides details on the merchant level of each lease that funded. Different time periods and export options are also available.
- Detailed Buyback Report
- Shows lease level information on buybacks.  Different timeframes as well as export options can be chosen.
- Disposed Lease Report

45

© 2015 First Data Corporation. All Rights Reserved.

**First Data**

CONFIDENTIAL

FD1C-0127307

# Merchant Service Center

- What is Merchant Service Center?

- It is an online workflow management and ticketing system supporting various functions within merchant services. Transitioning the lease scoring and commencement process from email submissions to  MSC will make it easier to process, track and review lease pre-score and commencement activity.



46

© 2015 First Data Corporation. All Rights Reserved.

First Data.

FD1C-0127308

# Merchant Service Center - Home Queue



1. **Home: Page refresh**
2. **Create Request: Select Leasing to create a work order ticket.**
3. **Queue: Items post completion are moved to the archive queue 14-21 days post completion.**
4. **Search Criteria: Provides a user with options to search various data values on a work order.**
5. **Attention Required: Items rejected by Operations that requires your attention. Select item Tracking #, scroll down to locate Production Review. Select, Show to view comments. Add comments and select +Add.  This will allow to you select the Resubmit button to return ticket to In-Progress Queue (FDGL managed).**
6. **In Progress: FDGL Operational que for Pre-scores or Commencement tickets submitted.**
7. **Completed: Displays completed or closed work orders. MSC should not be used to determine the status of applications. Please refer to LMS (Lease Management System) or urReporting.**

47

© 2015 First Data Corporation. All Rights Reserved.

CONFIDENTIAL

**First Data.**

FD1C-0127309

- First Data Global Leasing Overview

- Leasing Program Details

- Application, Deployment & Funding Process

- Reporting Tools

- Buybacks

- Key Contacts

- Frequently Asked Questions

- Important Links

- Glossary of Terms

48

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

# Buyback Avoidance

- What is a Buyback?  When the lease has commenced with First Data Global Leasing and the partner has been funded for the lease, the process is reversed as if the lease did not exist. Commenced lease is purchased back by the client. For the merchant it is as if the lease did not exist.

- Will they be open for business within the next 30 days? (i.e. a business under renovation) Can they support the first lease payment?

- Communicate to merchant they need to have funds in their account.

-  Merchant awareness and education relating to FDGL leasing billing cycles as referenced in the Welcome letter.

-  Welcome Letter: Printed and mailed out to each lease customer explaining essential lease information. Advise your customer to review and retain this communication for reference purposes.

- If there is a need for a delayed payment, contact case of business needs.

- Make sure that the product is the correct solution

- Always confirm the ABA/DDA is correct

> **DID YOU KNOW?**
> **Payment default due to invalid account information and insufficient funds are the primary causes of early term buybacks.**

49

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127311

- First Data Global Leasing Overview

- Leasing Program Details

- Application, Deployment & Funding Process

- Reporting Tools

- Buybacks

- **Key Contacts**

- Frequently Asked Questions

- Important Links

- Glossary of Terms

© 2015 First Data Corporation. All Rights Reserved.

**First Data**

CONFIDENTIAL

FD1C-0127312

# FDGL Key Contacts

| Department | E-Mail | Phone/Fax |
|---|---|---|
| FDGL  Customer Service (Merchants Only) | FDGL@firstdata.com | P: (877) 257-2094 |
| **MSC Primary submission portal for Lease documents and spreadsheet submissions** | | |
| * FDGL Credit | FDGLCredit@firstdata.com | F: (402) 916-8644 |
| FDGL Verbal Verification | | P: (800) 570-3635 |
| Equipment Protection Team | FDGLEquipmentProtectionProgram@firstdata.com | P: (800) 879-0137 |
| FDGL Collections | FDGLSupervisorsCollections@firstdata.com | P: (800) 455-1251 |

*Backup lease document submission process

51

© 2015 First Data Corporation. All Rights Reserved.

**First Data**

CONFIDENTIAL

FD1C-0127313

- First Data Global Leasing Overview

- Leasing Program Details

- Application, Deployment & Funding Process

- Reporting Tools

- Buybacks

- Key Contacts

- Frequently Asked Questions

- Important Links

- Glossary of Terms

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127314

# Frequently Asked Questions

| Question | Answer |
| --- | --- |
| What is my relationship code? | Your relationship code is assigned upon approval and you are notified of your code in an e-mail from the Sales Manager.  If you cannot find a your copy of this agreement, please contact your Relationship Manager. |
| Does Leasing handle shipping of the assets? | FDGL does not ship any equipment.  You must still place an order with TASQ or your preferred vendor for the equipment. |
| What do I put on the lease application in the "unit price without tax" section? | The price that should go here is the "per unit monthly lease price". Please do not multiply this number by the quantity of devices being leased. |
| When will the merchant's first payment be due? | Each merchant is different depending on the date of the month it was booked.  Please refer to urReporting to find this information by merchant. |
| Can I dispute or get a buyback reversed? | Yes - You will need to contact the FDGL Collections department to request a reversal.  There may be additional documents required. |
| How do I properly determine lease pricing  if I don't know the credit rating of the merchant? | Assume all credit scoring at a "Tier C" factor. Assuming you are leasing the customer for 48 month term, determine the appropriate product and ensure lease price is below cap pricing.  Diver the contract price by "Tier C" grade factor to calculate approximate funding. |
| Insurance or Warranty Questions? | For any questions regarding warranties, insurance, or the FDGL Equipment Protection Program, please contact the Equipment Protection Team at (800) 879-0137. |

© 2015 First Data Corporation. All Rights Reserved.

**First Data**

CONFIDENTIAL

FD1C-0127315

- First Data Global Leasing Overview

- Leasing Program Details

- Application, Deployment & Funding Process

- Reporting Tools

- Buybacks

- Key Contacts

- Frequently Asked Questions

- **Important Links**

- Glossary of Terms

54

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127316

# Important Links

| Site | Link | Description |
|------|------|-------------|
| FDGL urReporting | https://urreporting.firstdata.com | One-of-a-kind, online, self-reporting tool that gives you a detailed view of your portfolio, including metrics, to help you manage your business. |
| FDGL Lease Management System (LMS) | https://www.virtualapp.com/LMSUS/ | Online tool used to score and submit your own leases |
| Merchant Service Center | http://merchantservicecenter.1dc.com/Pages/ViewRequest.aspx | It is an online workflow management and ticketing system supporting various functions within merchant services. |

© 2015 First Data Corporation. All Rights Reserved.

**First Data**

CONFIDENTIAL

FD1C-0127317

- First Data Global Leasing Overview

- Leasing Program Details

- Application, Deployment & Funding Process

- Reporting Tools

- Buybacks

- Key Contacts

- Frequently Asked Questions

- Important Links

- Glossary of Terms

© 2015 First Data Corporation. All Rights Reserved.

**First Data**

CONFIDENTIAL

FD1C-0127318

# Glossary of Terms

| Term | Description |
|------|-------------|
| ACH Reject | When a fee or payment that is not able to be processed/posted by the merchant's bank and is returned back to the originator |
| Assignment | Occurs when a merchant who leased the equipment from First Data Global Leasing has located a new or existing business owner that has agreed to take over the remaining lease payments. |
| Billing Date/Cycle | The month, day and year when a periodic (or monthly) statement is generated.  The billing date is when calculations for appropriate finance charges, minimum payment due, and new balance have been performed. |
| Buybacks | When the lease has commenced with First Data Global Leasing and the ISO/Agent has been funded for the lease, the process is reversed as if the lease did not exist. Commenced lease is purchased back by the client. For the merchant it is as if the lease did not exist. |
| Buyout | When a merchant fulfills the lease term by paying the remaining amount owed on the lease, either with or without the equipment |
| Commencement / Effective Date | Is when the lease is ready to start and the channel can expect funding |
| Default | Merchant fails to meet their obligation to pay the lease |
| Delinquent Status | Merchant is arrears with the lease |

© 2015 First Data Corporation. All Rights Reserved.



CONFIDENTIAL

FD1C-0127319

# Glossary of Terms

| Term | Description |
|------|-------------|
| Exposure | The measurable possibility of losing or not gaining value. |
| Disposal Date | Date lease's obligation is satisfied |
| F.D.G.L. | First Data Global Leasing – A subsidiary of First Data Merchant Services |
| Funding | The amount paid to the FDGL channel for the lease agreement |
| Interim Rent | Interim Rent is the partial rental payment that represents the period between the merchant's contract Commencement Date and the First Payment Date assigned to the contract. |
| Large Lease | If the exposure is greater than $15,000 it's considered a large lease. The calculation is the lease term times the price. This can occur at one location or the same merchant owning many locations. |
| Lease | A legally binding document between two parties for a specific term (time), monthly payment and a specific piece of equipment. |
| Lease Payment | Agreed monthly payment for leased equipment |
| Lease Term | Agreed set time frame for the length of the lease |
| Lease Swap | The deployment of different equipment from the lease contract at no extra charge to the merchant. |
| Lessee | End user of equipment. Party financially responsible for honoring the full term of the lease contract |
| Lessor | Financial source.  Party that provides equipment funding. – First Data Global Leasing |

31

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127320

# Glossary of Terms

| Term | Description |
|------|-------------|
| Personal Guarantee | Individual who signs the lease in his/her corporate capacity and agrees legally to personally honor all terms of the lease including making all payments due should the company (lessee) default. |
| QC Rejects | Un-commenced leases that are sitting on the leasing pipeline for reasons such as illegible paperwork, monthly payment incorrect, lease term incorrect, missing signatures on lease document, etc. |
| Transfer | The method by which FDGL transfers an existing lessee's contract to a new account and/or location, retaining the same PG obligation. |
| Upgrade | An option that allows the lessee to add equipment or update an existing piece of leased equipment in order to increase its capacity or improve its efficiency.<br>After 3 months, the merchant may decide to change their original leased equipment to a better piece of equipment. A new lease begins for the same lease term as the original lease, but at a higher dollar amount. Old equipment is returned, new equipment is deployed. There is a fee to do this. |
| Warranty | Coverage offered by the channel for any material defects. |
| Welcome Letter | Each new merchant is sent a letter that tells them exactly when the first lease payment will be debited, the amount of the payment (plus tax). It gives them their lease number, it shows the ABA & DDA that will be used. It also identifies the business name and address. If any changes or corrections need to be made, a toll free number for Customer Service is provided. |

© 2015 First Data Corporation. All Rights Reserved.

**First Data.**

CONFIDENTIAL

FD1C-0127321

Thank you.



CONFIDENTIAL

FD1C-0127322

Notes Page Text

Slide 1 :

CONFIDENTIAL

FD1C-0127323

Notes Page Text

Slide 10 :

CONFIDENTIAL

FD1C-0127324

Notes Page Text

Slide 11 :

CONFIDENTIAL

FD1C-0127325

Notes Page Text

Slide 12 :

## Notes Page Text

Slide 13 :

CONFIDENTIAL

FD1C-0127327

Notes Page Text

Slide 14 :

## Notes Page Text

Slide 15 :

Make sure to update the title line in the footer.  To do this,  simply:

Click on View

Click Side Master

Edit the title line  in the footer.  Note:  you will need to make the edit on each slide in the "master".  This should take less than 5 minutes.

Notes Page Text

Slide 16 :

CONFIDENTIAL

Notes Page Text

Slide 17 :

CONFIDENTIAL

FD1C-0127331

Notes Page Text

Slide 18 :

Notes Page Text

Slide 19 :

CONFIDENTIAL

FD1C-0127333

## Notes Page Text

Slide 2 :

Make sure to update the title line in the footer.  To do this,  simply:

Click on View

Click Side Master

Edit the title line  in the footer.  Note:  you will need to make the edit on each slide in the "master".  This should take less than 5 minutes.

CONFIDENTIAL

Notes Page Text

Slide 20 :

CONFIDENTIAL
FD1C-0127335

Notes Page Text

Slide 21 :

CONFIDENTIAL

FD1C-0127336

Notes Page Text

Slide 22 :

CONFIDENTIAL

# Notes Page Text

Slide 23 :

CONFIDENTIAL

FD1C-0127338

Notes Page Text

Slide 24 :

CONFIDENTIAL

Notes Page Text

Slide 25 :

Notes Page Text

Slide 26 :

CONFIDENTIAL

FD1C-0127341

Notes Page Text

Slide 27 :

CONFIDENTIAL

FD1C-0127342

Notes Page Text

Slide 28 :

CONFIDENTIAL

FD1C-0127343

Notes Page Text

Slide 29 :

CONFIDENTIAL

Notes Page Text

Slide 3 :

CONFIDENTIAL

FD1C-0127345

Notes Page Text

Slide 30 :

CONFIDENTIAL

FD1C-0127346

Notes Page Text

Slide 31 :

CONFIDENTIAL

FD1C-0127347

Notes Page Text

Slide 32 :

CONFIDENTIAL

FD1C-0127348

Notes Page Text

Slide 33 :

Notes Page Text

Slide 34 :

Notes Page Text

Slide 35 :

CONFIDENTIAL

Notes Page Text

Slide 36 :

CONFIDENTIAL

FD1C-0127352

Notes Page Text

Slide 37 :

CONFIDENTIAL

FD1C-0127353

Notes Page Text

Slide 38 :

CONFIDENTIAL

Notes Page Text

Slide 39 :

Notes Page Text

Slide 4 :

CONFIDENTIAL

FD1C-0127356

Notes Page Text

Slide 40 :

CONFIDENTIAL

Notes Page Text

Slide 41 :

# Notes Page Text

Slide 42 :

Make sure to update the title line in the footer.  To do this,  simply:

Click on View

Click Side Master

Edit the title line  in the footer.  Note:  you will need to make the edit on each slide in the "master".  This should take less than 5 minutes.

Notes Page Text

Slide 43 :

Notes Page Text

Slide 44 :

CONFIDENTIAL

FD1C-0127361

Notes Page Text

Slide 45 :

CONFIDENTIAL

FD1C-0127362

Notes Page Text

Slide 46 :

CONFIDENTIAL

FD1C-0127363

Notes Page Text

Slide 47 :

CONFIDENTIAL

Notes Page Text

Slide 48 :

Make sure to update the title line in the footer.  To do this,  simply:

Click on View

Click Side Master

Edit the title line  in the footer.  Note:  you will need to make the edit on each slide in the "master".  This should take less than 5 minutes.

Notes Page Text

Slide 49 :

CONFIDENTIAL

FD1C-0127366

Notes Page Text

Slide 5 :

Notes Page Text

Slide 50 :

Make sure to update the title line in the footer.  To do this,  simply:

Click on View

Click Side Master

Edit the title line  in the footer.  Note:  you will need to make the edit on each slide in the "master".  This should take less than 5 minutes.

CONFIDENTIAL

Notes Page Text

Slide 51 :

CONFIDENTIAL

FD1C-0127369

Notes Page Text

Slide 52 :

Make sure to update the title line in the footer.  To do this,  simply:

Click on View

Click Side Master

Edit the title line  in the footer.  Note:  you will need to make the edit on each slide in the "master".  This should take less than 5 minutes.

CONFIDENTIAL

Notes Page Text

Slide 53 :

CONFIDENTIAL

FD1C-0127371

Notes Page Text

Slide 54 :

Make sure to update the title line in the footer.  To do this,  simply:

Click on View

Click Side Master

Edit the title line  in the footer.  Note:  you will need to make the edit on each slide in the "master".  This should take less than 5 minutes.

FD1C-0127372

# Notes Page Text

Slide 55 :

## Notes Page Text

Slide 56 :

Make sure to update the title line in the footer.  To do this,  simply:

Click on View

Click Side Master

Edit the title line  in the footer.  Note:  you will need to make the edit on each slide in the "master".  This should take less than 5 minutes.

Notes Page Text

Slide 57 :

Notes Page Text

Slide 58 :

CONFIDENTIAL

FD1C-0127376

Notes Page Text

Slide 59 :

CONFIDENTIAL

FD1C-0127377

Notes Page Text

Slide 6 :

CONFIDENTIAL

FD1C-0127378

Notes Page Text

Slide 7 :

CONFIDENTIAL

FD1C-0127379

Notes Page Text

Slide 8 :

CONFIDENTIAL

FD1C-0127380

# Notes Page Text

Slide 9 :

Make sure to update the title line in the footer.  To do this,  simply:

Click on View

Click Side Master

Edit the title line  in the footer.  Note:  you will need to make the edit on each slide in the "master".  This should take less than 5 minutes.

CONFIDENTIAL