UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-80949-DMM

WILLIAM FOX, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

FIRST DATA MERCHANT SERVICES,
LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' "Joint Stipulation of Dismissal with Prejudice" ("Stipulation"), filed on March 29, 2018. (DE 66). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is hereby

    **ORDERED and ADJUDGED** that

    (1) The above-styled action is **DISMISSED WITH PREJUDICE**.

    (2) Each party shall bear its own attorney's fees, costs, and other expenses incurred in this action.

    (3) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

    **DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 29th day of March, 2018.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record